.
.Gregory G. Skordas (#3865)
Gabriela Mena (#17087)
SKORDAS & CASTON, LLC
124South 400 East, Suite 220
Salt Lake City, UT 84111
Telephone: (801) 531-7444
Facsimile: (801) 665-0128
*Attorneys for Defendant*
gskordas@schhlaw.com
gmena@schhlaw.com
lawoffice@schhlaw.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENT GOLDBURN KNUDSON,<br><br>Defendant. | **APPEARANCE OF COUNSEL**<br><br><br><br>Case No. 2:22-cr-00481-cw-7<br><br>Judge Clark Waddoups<br>Magistrate Judge Dustin B. Pead |

The undersigned, Gregory G. Skordas, attorney at law, hereby enters his appearance of counsel on behalf of the Defendant, Brent Goldburn Knudson, in the above-captioned matter and requests that any further correspondence be properly directed to counsel for the defendant at theaddress as stated above.

DATED this 14th day of December, 2022.

SKORDAS & CASTON, LLC

*/s/ Gregory G. Skordas*
Gregory G. Skordas

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2022, I electronically filed a true and correct copy ofthe foregoing APPEARANCE OF COUNSEL, with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

US Attorney's Office
111 S Main St Ste1800
Salt Lake City, UT 84111
801-524-5682

Cy H. Castle
US Attorney's Office
111 S Main St Ste1800
Salt Lake City, UT 84111
cy.castle@usdoj.gov

Jamie Z. Thomas
US Attorney's Office
111 S Main St Ste1800
Salt Lake City, UT 84111
jamie.thomas@usdoj.gov

Jennifer Muyskens
US Attorney's Office
111 S Main St Ste1800
Salt Lake City, UT 84111
jennifer.muyskens@usdoj.gov

*/s/ Brooke Sloan -Legal Assistant*
SKORDAS & CASTON, LLC