Jon D. Williams (8318)
9 Exchange Place
Suite 600
Salt Lake City, Utah 84111
(801) 746-1460
(801) 998-8077 FAX
Attorney for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DIVISION, DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT MCKINLEY,<br><br>    Defendant. | APPEARANCE OF COUNSEL<br><br>Case No. 2:22-CR-481-CW |

Jon D. Williams enters his appearance as counsel of record in the above-captioned matter.

DATED this 21st day of December, 2022.

                          /s/ Jon D. Williams
                          Jon D. Williams
                          Attorney for Robert McKinley