AO 442

# United States District Court
for the
District of Utah

FILED
2022 DEC 30 AM 8:21
CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Case No: 2:22-cr-00481-007 CW

SEALED

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **BRENT GOLDBURN KNUDSON**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD/Conspiracy to Commit Wire Fraud
ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD/Conspiracy to Commit Bank Fraud
MONEY LAUNDERING - FEDERAL STATUTES, OTHER/Conspiracy to Commit Money Laundering
FRAUD BY WIRE, RADIO, OR TELEVISION/Wire Fraud
FRAUD WITH IDENTIFICATION DOCUMENTS/Aggravated Identity Theft

in violation of  18 U.S.C. 1349-Two Counts, 18 U.S.C. 1956(h), 18 U.S.C. 1343 and 18 U.S.C. 1028A  United States Code.

Gary P. Serdar / Clerk of Court
Name of Issuing Officer / Title of Issuing Officer

*signature: Jennifer Jensen*

December 7, 2022 at Salt Lake City, Utah
Date and Location

By: Jennifer Jensen
Generalist Clerk

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-7-22 | G. Estrada BUSM | *signature* |
| DATE OF ARREST 12-14-22 | | |