Trinity Jordan (15875)
**ARMSTRONG TEASDALE LLP**
222 South Main Street, Suite 1830
Salt Lake City, Utah 84101
Telephone: (801) 401-1600
Email: tjordan@atllp.com

D. Loren Washburn (#10993)
**WASHBURN LAW GROUP, LLC**
881 Baxter Drive, Ste. 100
South Jordan, Utah 84095
Telephone: (385) 881-9660
Email: loren@washburnlawgroup.com

*Attorneys for Defendant, Dustin Garr*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>APRIL GREN BAWDEN, CHAD AUSTIN BAWDEN, MAKAIO LYMAN CRISLER, PHILLIP GANNUSCIA, DUSTIN GARR, BARBARA JO JACKSON, BRENT GOLDBURN KNUDSON, ROBERT MCKINLEY, and RICHARD SCOTT NEMROW,<br><br>Defendants. | **NOTICE OF CHANGE OF FIRM AFFILIATION**<br><br>Case No. 2:22-cr-00481<br><br>Judge Clark Waddoups |

**PLEASE TAKE NOTICE** that D. Loren Washburn, counsel for Defendant Dustin Garr ("Defendant" or "Mr. Garr"), is no longer associated with Armstrong Teasdale, LLP effective December 31, 2022. As of December 31, 2022, Mr. Washburn will be associated with the firm of

Washburn Law Group, LLC.

The new address, phone number and email for Mr. Washburn are as follows:

Washburn Law Group, LLC
881 Baxter Drive, Ste. 100
South Jordan, Utah 84095
Telephone: (385) 881-9660
Email: loren@washburnlawgroup.com

DATED this 24th day of January, 2023.

                                                  **WASHBURN LAW GROUP, LLC**

                                                  /s/ D. Loren Washburn
                                                  D. Loren Washburn
                                                  *Attorney for Defendant,*
                                                  *Dustin Garr*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January, 2023, I caused a true and correct copy of the foregoing to be served upon all parties of record via the Court's Electronic Filing System.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Shelby K. Irvin