TRINA A. HIGGINS, United States Attorney (#7349)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
JENNIFER K. MUYSKENS, Assistant United States Attorney (DC#475353)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22cr481 CW |
| Plaintiff, | |
| vs. | |
| | THIRD NOTICE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY |
| APRIL GREN BAWDEN, CHAD AUSTIN BAWDEN, MAKAIO LYMAN CRISLER, PHILLIP GANNUSCIA, DUSTIN GARR, BARBARA JO JACKSON, BRENT GOLDBURN KNUDSON, ROBERT MCKINLEY, and RICHARD SCOTT NEMROW, | |
| | Judge Clark Waddoups |
| Defendants. | |

The United States of America, by and through the undersigned, hereby files its third

notice of compliance with its discovery obligations in this case and request for reciprocal

discovery from the defendants April Bawden and Chad Bawden.

The United States gives notice that the following is being or has been provided to counsel

for the defendants via the appointed CJA Discovery Coordinator, Fred Metos for defendants

April Bawden and Chad Bawden:

| Description | Bates Numbers |
|---|---|
| Google Emails, Photographs, Videos, Contacts, Calendars, Drive Documents, Financial Records, and Police Report produced via hard drive (NOC 3) | ***See attached discovery index*** |

Pursuant to Rule 12(b)(4)(A) of the Federal Rules of Criminal Procedure, the United States notified the defense that at trial, the United States may seek to use all physical evidence, statements made by the defendant and others, police reports, phone records, electronic evidence (including body camera footage), documents, and photographs obtained during the investigation. The United States reserves the right to introduce in its case-in-chief all tangible objects, physical, documentary, and electronic evidence, and all other evidence provided, made available, or identified in discovery.

As additional discoverable material becomes available, such material will be provided within a reasonable time.  Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material.  Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c).  By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect

and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

    a.    Documents and tangible objects the defendant intends to introduce as evidence at trial;

    b.    Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

    c.    A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph.  Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

       The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

       DATED this 30th day of January, 2023.

                    TRINA A. HIGGINS
                    United States Attorney

                    */s/Jamie Z. Thomas*
                    JAMIE Z. THOMAS
                    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on the 30th day of January, 2023, the THIRD CERTIFICATE OF

COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY was filed electronically to

the District Court and caused to be made available for pickup from USAO reception, by the CJA

Discovery Coordinator.

| | |
|---|---|
| **G. Fred Metos (Discovery Coordinator)**<br>299 S Main Ste 1300<br>Salt Lake City, Ut 84111<br>(801) 535-4350<br>Email: fred@gfredmetos.com<br><br>**Kathryn Neal Nester**<br>Nester Lewis PLLC<br>50 W Broadway Ste 300<br>Salt Lake City, Ut 84101<br>(801) 535-4375<br>Email: kathy@nesterlewis.com<br>***Counsel for Chad Bawden*** | **Carolyn Perkins**<br>Law Office of Carolyn Perkins<br>PO Box 520704<br>Salt Lake City, UT 84106<br>(801) 405-9954<br>Email: cperkins@carolynperkinslaw.com<br><br>**Gregory N. Ferbrache**<br>Ferbrache Law PLLC<br>2150 S 1300 E Ste 500<br>Salt Lake City, UT 84106<br>(801) 440-7476<br>Email: gregory@ferbrachelaw.com<br>***Counsel for April Bawden*** |
| **Nathan A. Crane**<br>**Richard A. Van Wagoner**<br>Snow Christensen & Martineau<br>10 Exchange Place 11th Fl<br>Salt Lake City, UT 84145-5000<br>(801) 521-9000<br>Email: nac@scmlaw.com<br>        rvanwagoner@scmlaw.com<br>***Counsel for Makaio Crisler*** | **Matthew R. Lewis**<br>**Taylor John Hadfield**<br>Kunzler Bean & Adamson<br>50 W Broadway Ste 1000<br>Salt Lake City, UT 84101<br>(801) 994-4646<br>Email: mlewis@kba.law<br>        thadfield@kba.law<br>***Counsel for Phillip Gannuscia*** |

| | |
|---|---|
| **D. Loren Washburn**<br>**Trinity S. Jordan**<br>**Aaron B. Clark**<br>Armstrong Teasdale LLP<br>222 S Main St Ste 1830<br>Salt Lake City, Ut 84101<br>(801) 401-1612<br>Email: lwashburn@atllp.com<br>        tjordan@atllp.com<br>        aclark@atllp.com<br>***Counsel for Dustin Garr*** | **Cara M. Tangaro**<br>Tangaro Law PC<br>35 W Broadway Ste 203<br>Salt Lake City, UT 84101<br>(801) 673-9984<br>Email: cara@tangarolaw.com<br>***Counsel for Barbara Jackson*** |
| **Gregory G. Skordas**<br>Skordas & Caston LLC<br>124 S 400 E Ste 220<br>Salt Lake City, UT 84111<br>(801) 531-7444<br>Email: gskordas@schhlaw.com<br>***Counsel for Bren Knudson*** | **Charles L. Kreindler**<br>Sheppard Mullin Richter & Hampton LLP<br>333 S Hope St, 43rd Fl<br>Los Angeles, CA 90071<br>213-620-1780<br>Email: ckreindler@sheppardmullin.com<br><br>**Jon D. Williams**<br>Jon D Williams PC<br>9 Exchange Place Ste 600<br>Salt Lake City, UT 84111<br>(801) 746-1460<br>Email: jwilliam@lawyer.com<br>***Counsel for Robert McKinley*** |
| **Adam L. Crayk**<br>**Douglas Stowell**<br>Stowell Crayk PLLC<br>2225 S State St<br>Salt Lake City, UT 84115<br>801-944-3459<br>Email: adam@lawscb.com<br>        dstowell@lawscb.com<br>***Counsel for Richard Nemrow*** | |

/s/ *Melissa McKinnon*
Melissa McKinnon, Supervisory Paralegal

**US v. April Bawden, et al.**

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| Search Warrant Returns | Google | Google Certificates of Authenticity and Hash Letters | USA-00137720 | USA-00138067 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Bowden, April (Google Drive Documents) | USA-00138068 | USA-00138302 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Bowden, April (Subscriber Information) | USA-00138303 | USA-00138346 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Bowden, April (Contacts) | USA-00138347 | USA-00138422 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Bowden, April (Calendar) | USA-00138423 | USA-00138533 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Bowden, April (Emails) | USA-00138534 | USA-00152036 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Bowden, April (Videos & Photos) | USA-00152037 | USA-00156519 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Hith, Aylor (Google Drive Documents) | USA-00156520 | USA-00156946 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Crisler, Lyman (Google Drive Documents) | USA-00156947 | USA-00157290 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Crisler, Lyman (Subscriber Information) | USA-00157291 | USA-00157345 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Crisler, Lyman (Contacts) | USA-00157346 | USA-00157541 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Crisler, Lyman (Calendar) | USA-00157542 | USA-00158026 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Crisler, Lyman (Emails) | USA-00158027 | USA-00292434 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Crisler, Lyman (Videos & Photos) | USA-00292435 | USA-00292435 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Dupont, Reggie (Google Drive Documents) | USA-00292436 | USA-00292445 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Dupont, Reggie (Subscriber Information) | USA-00292446 | USA-00292456 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Dupont, Reggie (Contacts) | USA-00292457 | USA-00292457 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Dupont, Reggie (Calendar) | USA-00292458 | USA-00292459 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Dupont, Reggie (Emails) | USA-00292460 | USA-00333267 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Jackson, Kerm (Google Drive Documents) | USA-00333268 | USA-00334025 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Jackson, Kerm (Subscriber Information) | USA-00334026 | USA-00334060 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Jackson, Kerm (Contacts) | USA-00334061 | USA-00334315 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Jackson, Kerm (Calendar) | USA-00334316 | USA-00334331 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Jackson, Kerm (Emails) | USA-00334332 | USA-00453540 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Jackson, Kerm (Videos & Photos) | USA-00453541 | USA-00453543 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Nemrow, Richard Scott (Google Drive Documents) | USA-00453544 | USA-00454995 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Nemrow, Richard Scott (Subscriber Information) | USA-00454996 | USA-00455040 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Nemrow, Richard Scott (Contacts) | USA-00455041 | USA-00455236 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Nemrow, Richard Scott (Calendar) | USA-00455237 | USA-00456746 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Nemrow, Richard Scott (Emails) | USA-00456747 | USA-00836000 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Nemrow, Richard Scott (Videos & Photos) | USA-00836001 | USA-00864906 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Knudson, Brent (Google Drive Documents) | USA-00864907 | USA-00877361 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Knudson, Brent (Subscriber Information) | USA-00877362 | USA-00877497 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Knudson, Brent (Contacts) | USA-00877498 | USA-00878057 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Knudson, Brent (Calendar) | USA-00878058 | USA-00878326 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Knudson, Brent (Emails) | USA-00878327 | USA-01244953 | USA-00137720-138067 | Subpoena | 3 |
| | Google | Knudson, Brent (Videos & Photos) | USA-01244954 | USA-01306296 | USA-00137720-138067 | Subpoena | 3 |
| Financial Instruments | Deutsche Bank | Echo Pacific Payment Detail Spreadsheet | USA-01306297 | USA-01306297 | None | Subpoena | 3 |
| | Deutsche Bank | Galaxy Unlimited Payment Detail Spreadsheet | USA-01306298 | USA-01306298 | None | Subpoena | 3 |
| | Deutsche Bank | Gloss Motive Payment Detail Spreadsheet | USA-01306299 | USA-01306299 | None | Subpoena | 3 |
| | Deutsche Bank | Hawthorne Ventures Payment Detail Spreadsheet | USA-01306300 | USA-01306300 | None | Subpoena | 3 |
| | Deutsche Bank | Healthwatch Payment Detail Spreadsheet | USA-01306301 | USA-01306301 | None | Subpoena | 3 |

US v. April Bawden, et al.

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| | Deutsche Bank | Healthwise Foundation Payment Detail Spreadsheet | USA-01306302 | USA-01306302 | None | Subpoena | 3 |
| | Deutsche Bank | Leh LLC Payment Detail Spreadsheet | USA-01306303 | USA-01306303 | None | Subpoena | 3 |
| | Deutsche Bank | Live Strong Payment Detail Spreadsheet | USA-01306304 | USA-01306304 | None | Subpoena | 3 |
| | Deutsche Bank | Living Wellness Payment Detail Spreadsheet | USA-01306305 | USA-01306305 | None | Subpoena | 3 |
| | Deutsche Bank | Optical Whirlwind Payment Detail Spreadsheet | USA-01306306 | USA-01306306 | None | Subpoena | 3 |
| | Deutsche Bank | Optimal Marketing Payment Detail Spreadsheet | USA-01306307 | USA-01306307 | None | Subpoena | 3 |
| | Deutsche Bank | Performance Wellness Payment Detail Spreadsheet | USA-01306308 | USA-01306308 | None | Subpoena | 3 |
| | Deutsche Bank | Premiere Health Payment Detail Spreadsheet | USA-01306309 | USA-01306309 | None | Subpoena | 3 |
| | Deutsche Bank | Prime Health Payment Detail Spreadsheet | USA-01306310 | USA-01306310 | None | Subpoena | 3 |
| | Deutsche Bank | Shiply Payment Detail Spreadsheet | USA-01306311 | USA-01306311 | None | Subpoena | 3 |
| | Deutsche Bank | Star Force Payment Detail Spreadsheet | USA-01306312 | USA-01306312 | None | Subpoena | 3 |
| | Deutsche Bank | Super Nova Enterprises Payment Detail Spreadsheet | USA-01306313 | USA-01306313 | None | Subpoena | 3 |
| | Deutsche Bank | Supreme Alliance Payment Detail Spreadsheet | USA-01306314 | USA-01306314 | None | Subpoena | 3 |
| | Deutsche Bank | True Health Solutions Payment Detail Spreadsheet | USA-01306315 | USA-01306315 | None | Subpoena | 3 |
| | Deutsche Bank | Vital Nutrition Payment Detail Spreadsheet | USA-01306316 | USA-01306316 | None | Subpoena | 3 |
| | Deutsche Bank | Wave Distribution Payment Detail Spreadsheet | USA-01306317 | USA-01306317 | None | Subpoena | 3 |
| Investigative | Lindon PD | Lindon PD Report regarding arrest of Mr. Nemrow | USA-01306318 | USA-01306322 | None | Agent | 3 |

2