Adam L. Crayk, 9443
Douglas L. Stowell, 6659
S. Todd Banks, 15088
Craig Stanger, 11772
Jeremy Deus, 14895
STOWELL CRAYK, PLLC
2225 South State Street
Salt Lake City, Utah 84115
Telephone: (801) 944-3459
Facsimile: (801) 483-0705
Email: adam@lawscb.com
Email: doug@lawscb.com
Email: todd@lawscb.com
Email: craig@lawscb.com
Email: jeremy@lawscb.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | REQUEST FOR HEARING |
|---|---|
| Plaintiff, | |
| vs. | Case No. 2:22-cr-00481-CW |
| RICHARD SCOTT NEMROW, | Judge Clark Waddoups |
| Defendant. | Magistrate Judge Dustin B. Pead |

**COMES NOW**, Adam L. Crayk, Douglas Stowell, S. Todd Banks, Craig Stanger and Jeremy Deus, counsel for the above-named Defendant, hereby requests an expedited hearing to discuss conditions of release.

DATED this 13th day of April, 2023.

                                                                                                                                <u>/s/ Adam L Crayk</u>  
                                                                                                                                STOWELL CRAYK, PLLC  
                                                                                                                                Adam L. Crayk  
                                                                                                                                Douglas L. Stowell  
                                                                                                                                S. Todd Banks  
                                                                                                                                Craig Stanger  
                                                                                                                                Jeremy Deus  
                                                                                                                                Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of aPRIL, 2023, I electronically filed the foregoing **REQUEST FOR HEARING** with the clerk of the Court and opposing counsel using the ECF System.

Cy H. Castle
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
(801)325-3214
Email: cy.castle@usdoj.gov

Jamie Z. Thomas
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
(801) 325-3238
Email: jamie.thomas@usdoj.gov

Jennifer Muyskens
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
801-325-3314
Email: jennifer.muyskens@usdoj.gov

R. Blake Hamilton
DENTONS DURHAM JONES & PINEGAR PC
111 S MAIN ST STE 2400
PO BOX 4050
SALT LAKE CITY, UT 84110-4050
(801)415-3000
Email: blake.hamilton@dentons.com

/s/ Lisa Freebairn