## United States Probation Office
## For the District of Utah

### Report on Defendant Under Pretrial Supervision

| | |
|---|---|
| Name of Offender: Chad Austin Bawden | Docket No.: 1088 2:22CR00481- 002 |

Name of Judicial Officer:   Honorable Dustin B. Pead
                            Chief U.S. Magistrate Judge

Date of Release: December 16, 2022

On December 16, 2022, the defendant was released after appearing on a charges of Conspiracy to Commit Wire Fraud, Conspiracy to Commit Bank Fraud, Conspiracy to Commit Money Laundering, Wire Fraud, Aggravated Identity Theft, and Money Laundering. The defendant was released under numerous conditions to include the following:

Maintain or actively seek suitable and verifiable employment and/or maintain or commence an educational program as approved by the pretrial officer

Not be employed in any fiduciary capacity or any position allowing access to credit or personal information of others.

No working in customer service or call centers.

On March 29, 2023, the defendant notified the Pretrial Services Office of an employment opportunity with Bell Janitorial Supplies as a General Manager. As this position involved sales and hiring of personnel, the defendant was advised to file a motion to receive Court approval for this employment. A motion to review and amend conditions of pretrial release was filed by defense counsel on April 8, 2023.

On April 11, 2023, the Pretrial Services Office was advised by the U.S. Attorney's Office that the defendant had already started his employment with Bell Janitorial on March 30, 2023. The defendant had not been granted approval to begin this employment. Additionally, the defendant had falsified the document provided to the court outlining the anticipated duties of the defendant while employed with Bell Janitorial Services. It is the understanding of the Pretrial Services Office that Bell Janitorial Services was not aware of the defendant's pending case and did not author this document.

Prior to receiving this information, Pretrial Services was under the impression the defendant had been compliant with his conditions of release. This behavior is concerning to the Pretrial Services Office as it appears the defendant has not only been intentionally misleading regarding his employment but proceeded to falsify documentation unknown to his employer. This is additionally concerning as the defendant is currently charged with offenses relating to fraudulent behavior. It appears the defendant has continued to engage in fraudulent behavior despite these pending charges. Due to the concerning nature of this behavior, the Pretrial Services Office respectfully requests the Court schedule a status hearing and issue a summons to address the matter of the defendant's apparent dishonesty.

PS8  
D/UT 12/16

Chad Austin Bawden  
2:22CR00481-002

If the Court desires more information or another course of action, please contact me at 385-910-2791.

                                                    Respectfully submitted,

By    Caroline Bye-Routh  
       U.S. Pretrial Services Officer  
       Date: April 12, 2023

THE COURT:

☐ Approves the request noted above  
☐ Denies the request noted above  
☒ Other  Expedited hearing set for Friday, 4/14/2023 at 12:30 p.m. before Judge Dustin B. Pead

Honorable Dustin Pead  
Chief U.S. Magistrate Judge  
Date:  April 12, 2023