UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Petition and Order for Action on Conditions of Pretrial Release

Name of Defendant: Chad Austin Bawden                Docket Number:   2:22CR00481-002

Name of Judicial Officer:    Honorable Dustin B. Pead
                             Chief U.S. Magistrate Judge

Date of Release:    December 16, 2022

## PETITIONING THE COURT

To issue a Summons: 15324 South Revolutionary Way, Bluffdale, Utah, 84065

## CAUSE

The pretrial officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:** The defendant failed to obtain suitable and verifiable employment as approved by the pretrial officer.

Evidence in support of this allegation: Information obtained from the government indicating the defendant had begun employment with Bell Janitorial Services prior to receiving approval from Pretrial Services.

**Allegation No. 2:** The defendant failed to report to pretrial officer as directed.

Evidence in support of this allegation: Information obtained from the government indicating the defendant's supervisor at Bell Janitorial Services, Mike Tanner, did not author court document 180-1, outlining the defendant's employment duties. Further review of the defendant's computer activity indicates on April 4, 2023, he falsified this document.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Caroline J Bye-Routh*

By     Caroline Bye-Routh
       U.S. Pretrial Services Officer
       Date:  April 13, 2023

Chad Austen Bawden
1088 2:22CR00481-002

**THE COURT ORDERS:**

☐ The issuance of a Summons
☐ The issuance of a Warrant
☐ No action
☐ Other: _____
☒ Expedited hearing set for: __04/14/23__ at __12:30 pm__
   before U.S. Magistrate Judge __Dustin B. Pead__

_____
Honorable Dustin B. Pead
Chief U.S. Magistrate Judge

Date: __April 13, 2023_____