Jeremy M. Delicino – 9959
9 Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 364-6474
Fax: (801) 364-5014
Email: jeremy@jeremydelicino.com

*Attorney for Jessica Bjarnson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,  Plaintiff,  v.  JESSICA BJARNSON,  Defendant. | **APPEARANCE OF COUNSEL**  Case No.   2:22-cr-00481-CW-10  Honorable Judge Waddoups |
|---|---|

Notice is hereby given that Jeremy Delicino enters his appearance as counsel of record in the above-entitled matter on behalf of the defendant.

DATED this 21st day of April 2023.

 */s/ Jeremy Delicino*
_____
JEREMY DELICINO
*Attorney for Defendant*

1

CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of April 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

United States Attorney's Office
Via ECF

      */s/ Norma Klemz*
_____